# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 15-1049** **September Term, 2015**

**FERC-ER14-2952-004**
**FERC-ER14-2952-003**
**FERC-152FERC61216**
**FERC-ER14-2952-006**
**FERC-ER14-2952-005**
**FERC-EL15-7-000**
**FERC-EL14-34-000**
**FERC-ER14-1725-001**
**FERC-ER14-2862-000**
**FERC-ER14-1725-000**
**FERC-ER14-2952-000**
**FERC-EL-34-000**
**FERC-ER14-1725-004**
**FERC-ER14-1243-008**
**FERC-ER14-1242-000**
**FERC-ER14-1243-000**
**FERC-ER14-1724-000**
**FERC-ER14-2180-000**
**FERC-ER14-2180-001**
**FERC-ER14-2176-000**
**FERC-ER14-1243-004**
**FERC-155FERC61134**
**FERC-ER14-2860-000**
**FERC-ER14-2180-004**

**Filed On: August 31, 2016** **[1633092]**

Michigan Public Service Commission,

Petitioner

v.

Federal Energy Regulatory Commission,

Respondent

------------------------------

City of Escanaba, Michigan, et al.,
Intervenors

------------------------------

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 15-1049** **September Term, 2015**

Consolidated with 15-1053, 15-1098,
15-1109, 16-1205, 16-1226

## ORDER

Upon consideration of the unopposed motion to consolidate and hold cases in abeyance, it is

**ORDERED** that the motion be granted, and these cases be consolidated and held in abeyance pending further order of the court.

The parties are directed to file status reports at 90-day intervals beginning November 29, 2016.

The parties are directed to file motions to govern future proceedings in these cases within 30 days of the completion of the agency proceedings.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Rebecca L. Thompson
Deputy Clerk